# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW REFLECTIONS PLASTIC SURGERY LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>REFLECTIONS CENTER FOR SKIN AND BODY, PC,<br><br>    Defendant. | **Civil Action No.** 1:16-cv-07639-LGS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(A)(1)

Pursuant New Reflections Plastic Surgery, LLC to Rule 41(a)(1), Plaintiff hereby serves this Notice of Voluntary Dismissal, without prejudice, of all claims in its Complaint.  Plaintiff's notice of dismissal is proper under Rule 41(a)(1) as Defendant has not yet filed an answer and/or responsive motion in this matter.

Date: November 15, 2016

                                            By: /s/ Darius Keyhani
                                            Darius Keyhani
                                            MEREDITH & KEYHANI, PLLC
                                            125 Park Avenue, 25th Floor
                                            New York, New York 10017
                                            Direct Line: (212) 760-0098
                                            Facsimile: (212) 202-3819
                                            dkeyhani@meredithkeyhani.com
                                            *Attorneys for Plaintiff*